IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 5:19 CR 602 |
| v. ) | |
| ) | Title 21, United States Code, |
| WADDAH L. BELL, ) | Sections 841(a)(1) and |
| ) | (b)(1)(C) |
| Defendant. ) | JUDGE NUGENT |

COUNT 1
(Distribution of Fentanyl and Acetyl Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

1. On or about March 1, 2019, in the Northern District of Ohio, Eastern Division, Defendant WADDAH L. BELL did knowingly and intentionally distribute a mixture and substance containing a detectable amount of fentanyl and acetyl fentanyl, Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

ENHANCED PENALTY UNDER TITLE 21,
UNITED STATES CODE, SECTION 841(b)(1)(C)
(Death or Serious Bodily Injury Resulting from Use of Controlled Substance)

The Grand Jury further charges:

2. The allegations of Count 1 are hereby re-alleged and incorporated by reference herein. It is further alleged that on or about March 1, 2019, in the Northern District of Ohio, Eastern Division, D.M., a person whose identity is known to the Grand Jury, did fatally ingest and overdose on controlled substances, namely fentanyl and acetyl fentanyl, that had been distributed by WADDAH L. BELL to D.M. (the deceased person).

3.      As a result of WADDAH L. BELL's distribution of fentanyl and acetyl fentanyl, as alleged in Count 1, death did result from the use of fentanyl and acetyl fentanyl, Schedule II controlled substances.

All in violation of the enhanced penalty provisions of Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 2
(Possession with Intent to Distribute Heroin and Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

4.      On or about March 2, 2019, in the Northern District of Ohio, Eastern Division, Defendant WADDAH L. BELL did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FORFEITURE

The Grand Jury further charges:

5.      The allegations of Counts 1 and 2 are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853. As a result of the foregoing offenses, Defendant WADDAH L. BELL shall forfeit to the United States any and all property constituting or derived from any proceeds he obtained directly

or indirectly as a result of the said violations; and, any and all of his property used or intended to be used in any manner or part to commit or to facilitate the commission of the said violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.